**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL GLENN PICKENS,
ADC #91738                                                                                          PLAINTIFF

V.                                        5:13CV00006 SWW/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, et al.                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITH PREJUDICE, for failing to state a claim on which relief may be granted.

2.   Dismissal constitutes a "STRIKE," as defined by 28 U.S.C. § 1915(g).

3.   The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be

taken in good faith.

Dated this 15th day of February, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE